ANNIE BALL, *Plaintiff in Error*, v. PETERSON-McNEILL COMPANY, A CORPORATION, *Defendant in Error*.

Opinion Filed February 2, 1917.

It is reversible error to direct a verdict for the defendant where there is evidence tending to prove the issue substantially as made by the pleadings.

Writ of Error to Circuit Court for Pasco County; F. M. Robles, Judge.

Judgment reversed.

*Annie Ball, in pro per,* for Plaintiff in Error;

No appearance for Defendant in Error.

PER CURIAM.—Annie Ball brought an action against the Peterson-McNeill Company, a corporation, for trespass upon lands. The defendant pleaded not guilty, thereby putting in issue "the trespass alleged," which is, that the defendant on July 1st, 1910, and divers other days and times between said date and the commencement of the suit, June 3rd, 1912, broke and entered certain described lands of the plaintiff and cut therefrom large quantities of pine timber. The court directed a verdict for the defendant on which judgment was rendered for the defendant, and plaintiff took writ of error.

A discussion of the technical differences, if any in law really exist as to the materiality of allegations and proofs of time in actions for a single trespass and for a continuing trespass, is not necessary in the disposition of this writ of error.

It cannot be said there is no evidence tending to prove the issue as to the commission of a trespass substantially as alleged, and the cause should have been submitted to the jury.

Judgment reversed.

BROWNE, C. J., and TAYLOR, SHACKLEFORD, WHITFIELD and ELLIS, JJ., concur.